**IT IS SO ORDERED.**

**Dated: 22 April, 2010 03:37 PM**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK1002343
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 10-10076 |
| Richard A. Brenis | Chapter 7 |
| Debtor | Judge Baxter |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (1092 IRENE ROAD, LYNDHURST, OH 44124)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the

"Motion") (Docket #13) filed by US Bank, National Association successor by merger to The Leader

Mortgage Company, LLC successor by merger to The Leader Mortgage Company.

1

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party other than Debtor's counsel, Charles Fonda, filed a response or otherwise appeared in opposition to the Motion. At the hearing held on April 13, 2010, the response was withdrawn and the Motion should therefore be granted.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 1092 Irene Road Lyndhurst, OH 44124.

**IT IS THEREFORE ORDERED:**

1.  The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2.  The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Rachel K Pearson
Rachel K Pearson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0079176
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:


Richard A. Brenis - Debtor
1092 Irene Road
Lyndhurst, OH 44124
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Charles W Fonda, Esq. - Attorney for Debtor
75 Public Sq
#650
Cleveland, OH 44113
cwaltf@aol.com
VIA ELECTRONIC SERVICE

National City Bank - Creditor
P.O. Box 856176
Louisville, KY 40285-6176
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Rachel K Pearson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Sheldon Stein - Trustee
50 Public Square
Suite 400 P.O. 5606
Cleveland, OH 44101
sstein@epiqtrustee.com
VIA ELECTRONIC SERVICE